

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★



★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00584-CV

**IN RE** Rolando **ALMENDAREZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed: August 18, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On August 10, 2010, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

Additionally, relator filed an Application for Leave to File Petition for Writ of Mandamus. No leave is required to file a petition for a writ of mandamus in this court. TEX. R. APP. P. 52. Therefore, relator's motion for leave to file is DENIED AS MOOT.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 10-02-0066CVW, in the 218th Judicial District Court, Wilson County, Texas, the Honorable Stella H. Saxon presiding.